# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHAN WHEELER, | ) | 3:19-CV-00372-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 11, 2020 |
| WASHOE COUNTY COURT, | ) | |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN,</u> U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On July 3, 2019, plaintiff filed an application to proceed *in forma pauperis* (ECF No. 1). However, plaintiff has not filed a complaint in this matter. Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed.R.Civ.P. 3. The clerk of the court shall **SEND** to plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. Plaintiff will have thirty (30) days from the date of this order to submit a complaint to this court. If Plaintiff does not timely comply with this order, dismissal of this action may result.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>        /s/        </u>
    Deputy Clerk