## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHAN WHEELER, | ) | 3:19-CV-0372-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 9, 2020 |
| WASHOE COUNTY COURT, | ) | |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On March 16, 2020, the court's order (ECF No. 3) was returned by the U.S. Postal Service and stamped "return to sender, vacant, unable to forward" (ECF No. 4). Plaintiff is advised that pursuant to LR IA 3-1, he must immediately file with the court written notification of any change of address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Wednesday, April 22, 2020** to file a notice of change of address or this court will recommend that this action be dismissed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
     Deputy Clerk